# SUPREME COURT OF HAWAI'I

**January 10, 2014**

| | | |
|---|---|---|
| SCWC –299 34 | State v. Akitake | Vacated and Remanded |

**January 15, 2014**

| | | |
|---|---|---|
| SCWC –11– 0000 427 | State v. Pierce | Vacated and Remanded |
| SCWC –296 55 | State v. Shyanguya | Vacated and Remanded |
| SCWC –11– 0000 127 | State v. Tongg | Vacated and Remanded |